# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **RECONSIDER DETENTION ORDER** |
| vs. | ) | |
| | ) | |
| Jake Walter Newick, | ) | Case No. 1:21-cr-117 |
| | ) | |
| Defendant. | ) | |

Defendant is currently in the custody of the United States Marshals Service. He is being housed at the Washington County Jail in Akron, Colorado. On June 27, 2022, he filed a Motion to Reconsider Detention Order. (Doc. No. 107). He requests to be released to Hope Manor in Bismarck, North Dakota.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 107). The United States Marshal shall transport defendant to Hope Manor as soon as practicable. Upon arriving at Hope Manor, Defendant shall be released be subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as

a positive test.

(4) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

(7) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer, comply with resulting counseling or treatment recommendations, and signed released as necessary so that the Pretrial Services Office may monitor her progress and participate in treatment.

(8) Defendant shall reside at Hope Manor, fully participate in its programming and comply with all of its rules and regulations.

(9) Defendant shall not change his residence without prior permission of the Pretrial Services Office. Should defendant be discharged or terminated from Hope Manor for any reason, defendant shall surrender the Marshal's office in Bismarck with the understanding that he shall be remanded back into custody pending further order.

(10) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject

to searches pursuant to this condition.

**IT IS SO ORDERED**.

Dated this 28th day of June, 2022.

                                                        */s/ Clare R. Hochhalter*
                                                       Clare R. Hochhalter, Magistrate Judge
                                                       United States District Court